HOLLY LOPEZ v. TOWNSHIP OF LACEY.

November 2, 1987.

Petition for certification granted.

REGINA M. GIARDINA v. GARDINER C. BENNETT.

November 2, 1987.

Petition for certification granted.

RICHARD BROWN AND ERNEST KING v. CITY OF NEWARK.

November 2, 1987.

Petition for certification granted.

RICHARD BROWN AND ERNEST KING v. CITY OF NEWARK.

November 2, 1987.

Cross-petition for certification granted.

STATE OF NEW JERSEY v. LARRY BENNETT.

November 2, 1987.

Petition for certification denied.